

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF ILLINOIS ex rel. JACKIE GRANDEAU,<br><br>Plaintiffs,<br><br>vs.<br><br>CANCER TREATMENT CENTERS OF AMERICA, et al.,<br><br>Defendants. | No. 99 C 8287 |

## MEMORANDUM OPINION AND ORDER

We, long ago, ordered relator to pay the costs of her former attorneys, with *quantum meruit* recovery of fees left for another day. She represents that she does not have the means to pay. But her attorneys can advance the costs, Rules of Professional Conduct, LR 83.51.8, and her former attorneys have done so. If she cannot pay, then her new attorneys can advance the costs if relator and they wish to continue to pursue the matter.

But how much are those costs? This case has been proceeding since 1999, and it would be odd indeed if the costs had not become significant. We did not, however, previously review the entire $81,265.82 claimed. We do so from the perspective of a client reviewing a bill from his or her attorney. That does not mean that every copying or fax charge, or telephone bill, has to be justified. It does mean that questionable or large amounts may require additional backup. Turning to the listing of May 12, 2005, we conclude that relator reasonably can seek additional information about the following:

1. 1/5/2003   Fax fee of $2,133.00.

2. 3/1/2003   Double entries of $165 fax fee and $382.60. copying costs. Duplicates?

3. 7/1/2003   Double entry of $384.40 for copying cost.

4. 10/4/2003 Deposition costs of $2,000 and $2,000 consulting fee. Is Maureen Teackman an expert or an attorney asked to do some research? If the latter, the payment would appear to be a fee, not a cost.

5. 12/11/2003 $6,000 in research fees. Fees or costs?

6. 1/7/2004   Teackman again for $6,904.12.

7. 4/2/2004   Mark David fee of $4,938.07. What did he do?

8. 6/8/2004   $31,750 in consultant services.

All or some of those amounts may be justifiable, but relator is entitled to a better explanation. In the meantime, we see no reason why payment of the other amounts should be delayed. That amount is, we believe, $24,607.63.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 23, 2005.