IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA and )
STATE OF ILLINOIS ex rel. JACKIE )
GRANDEAU, )
)
      Plaintiffs, )
)
vs. ) No. 99 C 8287
)
CANCER TREATMENT CENTERS )
OF AMERICA, et al., )
)
      Defendants. )

## MEMORANDUM OPINION AND ORDER

When a plaintiff changes attorneys in Illinois in a contingent case, it has consequences. Relator has been ordered to reimburse certain costs. She cannot do so, and her new attorneys are unwilling to advance those costs.

We could say "pay by a certain date or the case will be dismissed for want of prosecution." But the real winner then would be the defendants, even though they have no direct interest in the costs dispute. Relator would end up with a judgment against her, the new attorneys would no longer be able to prosecute the case and the prior attorneys would in all probability have a judgment that could not be satisfied. The prior attorneys may prefer to waive immediate payment in hopes that a subsequent judgment against (or settlement with) the defendants will provide funds to pay the costs and their fees. We thus order that the relator pay the costs previously assessed by January 20, 2006, or the case will be dismissed for want of prosecution, unless the prior attorneys file a written waiver of immediate payment and agree that they shall be reimbursed only from any judgment against or settlement with the

defendants.

This case is set for status on February 8, 2006, at 9:15 a.m.

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

_Dec. 19_, 2005.